IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

UNITED STATES OF AMERICA

*versus*

SHIKINO REID

Criminal Case Number

1:26-CR-133-ELR-LRS

## ORDER

In his unopposed motion for an extension of time to file pretrial motions [Doc. 17], the Defendant represents that he needs additional time to review discovery in this case, engage in plea negotiations, and to file any necessary pretrial motions.  Defendant therefore seeks a 45-day extension of time to file pretrial motions. The government consents.

For the reasons stated in the motion, Defendant's consent motion to continue pretrial conference and for an extension of time to file pretrial motions [Doc. 21] is hereby **GRANTED**. The pretrial conference in this case is hereby continued until June 10, 2026, at 10:00 A.M., with pretrial motions due on or before June 8, 2026. All other provisions of the pretrial scheduling order entered in this case [Doc. 20] remain in effect.

Given the need for counsel to review discovery materials and the preservation of public resources should the parties negotiate a resolution of this matter, the court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial, such that any delay shall be deemed excludable under the Speedy Trial Act, 18 USC § 3161(h)(7).

**IT IS HEREBY ORDERED** that the pretrial conference in this case shall be held June 10, 2026 at 10:00 A.M., with pretrial motions due on or before June 8, 2026, and that the period between the filing of Defendant's motion and the rescheduled date of the pretrial conference, June 10, 2026, shall be excluded under the Speedy Trial Act.

**SO ORDERED,** April 16, 2026.

_____
LAWRENCE R. SOMMERFELD
UNITED STATES MAGISTRATE JUDGE